IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| C.J., a minor, by and through her next friend and guardian, BETTY JEAN MURPHY JAMES, <br><br>and<br><br>BETTY JEAN MURPHY JAMES, as Administrator of the Estate of Latoya James<br><br>     Plaintiffs,<br><br>v.<br><br>JIM PROCTOR in his individual capacity, as Camden County Sheriff<br><br>and<br><br>MICHAEL BLAQUIERE, in his individual capacity, as Camden County Deputy Sheriff<br><br>and<br><br>DOWNY CASEY, in his individual capacity, as a Camden County Deputy Sheriff<br><br>and<br><br>JOHN/JANE DOES, in their individual capacities, as Camden County Deputies<br><br>     Defendants. | CIVIL ACTION<br>FILE NO.: 2:22-CV-00078-LGW-BWC |

**DEFENDANT SHERIFF JIM PROCTOR'S MOTION TO
STAY DISCOVERY AND MEMORANDUM OF LAW IN SUPPORT**

COMES NOW, defendant Sheriff Jim Proctor, in his individual capacity, ("defendant"), and pursuant to Federal Rule of Civil Procedure 26(d), hereby moves the Court to stay discovery pending resolution of his motion to dismiss plaintiff's complaint. (Doc. 10.)

## I. INTRODUCTION

Plaintiffs have brought § 1983 claims for unreasonable forcible entry and excessive use of force against Balquiere and Casey (Count I; Count II), § 1983 claims against Sheriff Proctor for deliberate indifference (Count III), and wrongful death and estate claims against all defendants. (Counts IV-V.) In the interests of efficiency and justice, and to prevent undue burden and expense, defendant now requests that all discovery directed at Sheriff Proctor be stayed pending the Court's consideration of and ruling on defendant's motion to dismiss.

## II. ARGUMENT AND CITATION TO AUTHORITY

Rule 26(d) of the Federal Rules of Civil Procedure provides the Court broad discretion to alter the sequence of discovery "for the convenience of the parties . . . and in the interests of justice." Fed. R. Civ. P. 26(d). See Panola Land Buyers Ass'n v. Shuman, 762 F.2d 1550, 1558–59 (11th Cir. 1985) (court has "broad discretion to stay discovery until the district court rules on a pending dispositive motion").

Defendant submits that, in the interests of efficiency and justice, this Court should exercise its broad discretion under Rule 26 to stay discovery and relieve the parties from having to exert additional resources pending a final ruling on defendant's motion to dismiss plaintiffs' complaint. See Patterson v. United States Postal Serv., 901 F.2d 927, 929 (11th Cir. 1990) (trial court properly stayed discovery pending resolution of motion to dismiss); Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1367 (11th Cir. 1997) (facial challenges to the legal sufficiency of the claim or defense . . . should be resolved before discovery begins"); Caraballo-Sandoval v.

R.E. Honsted, 35 F.3d 521, 524 (11th Cir. 1994) (affirming stay of discovery until district court decided the issue of qualified immunity).

Because the motion to dismiss is dispositive of all claims against this defendant, an Order staying discovery will protect the parties from the burden of conducting unnecessary and expensive discovery should the motion be granted.

### III.   CONCLUSION

For the foregoing reasons, defendant respectfully requests that the Court grant his motion and stay all discovery directed at Sheriff Proctor in this matter pending the Court's consideration of and ruling on defendant's motion to dismiss.

Respectfully submitted this 29th day of November, 2022.

**FREEMAN MATHIS & GARY, LLP**

/s/ Sun S. Choy
Sun S. Choy
Georgia Bar No. 025148
schoy@fmglaw.com
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com
Steven L. Grunberg
Georgia Bar No. 146397
sgrunberg@fmglaw.com

*Attorneys for defendants*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANT SHERIFF JIM PROCTOR'S MOTION TO STAY DISCOVERY AND MEMORANDUM OF LAW IN SUPPORT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Reginald A. Greene
Georgia Bar No. 308674
Greene Legal Group, LLC
One Georgia Center, Suite 605
600 West Peachtree Street, N.W.
Atlanta, GA 30308
(404) 574-4308
Fax: (912) 574-4312
regreene@greenelegalgroup.com

Mario A. Pacella
Georgia Bar No. 558519
Bakari T. Sellers
(Pro hac vice to be filed)
Strom Law Firm, LLC
P.O. Box 1635
Brunswick, Georgia 31521
(912) 264-6465
Fax: (912) 264-6470
6923 N. Trenholm Road, Suite 200
Columbia, SC 29206
(803) 252-4800
Fax: (803) 242-4801
mpacella@stromlaw.com
bsellers@stromlaw.com

Harry M. Daniels
(Pro hac vice to be filed)
4751 Best Road Suite 490
Atlanta, GA 30337
Tel. 678.664.8529
Fax. 800.867.5248
daniels@harrymdaniels.com

- 5 -

This 29th day of November, 2022.

                                                        */s/ Sun S. Choy*
                                                        Sun S. Choy
                                                        Georgia Bar No. 025148
                                                        schoy@fmglaw.com

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
 Suite 1600
Atlanta, Georgia 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960