IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| C.J., a minor, by and through her next friend and guardian, BETTY JEAN MURPHY JAMES, <br><br>and<br><br> BETTY JEAN MURPHY JAMES, as Administrator of the Estate of Latoya James <br><br>Plaintiffs,<br><br>v.<br><br>JIM PROCTOR in his individual capacity, as Camden County Sheriff<br><br>and<br><br>MICHARL BLAQUIERE, in his individual capacity, as Camden County Deputy Sheriff<br><br>and<br><br>DOWNY CASEY, in his individual capacity, as a Camden County Deputy Sheriff<br><br>and<br><br>JOHN/JANE DOES, in their individual capacities, as Camden County Deputies<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 2:22-CV-00078-LGW-BWC |

# STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, AS TO SHERIFF JIM PROCTOR ONLY

Plaintiff hereby files this stipulation of voluntary dismissal, without prejudice, as to Sheriff Jim Proctor only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (FRCP). The above-named Defendant has consented to this Voluntary Dismissal of Sheriff Jim Proctor, without prejudice.

Jointly submitted this 27th day of December 2022.

/s/Mario A. Pacella
Mario A. Pacella
Georgia Bar No. 558519
Strom Law Firm, LLC
P.O. Box 1635
Brunswick, GA 31521
Tel: (912) 264-6465
Fax: (912) 264-6470
mpacella@stromlaw.com

Bakari T. Sellers
(admitted *pro hac vice*)
Strom Law Firm, LLC
6923 N. Trenholm Rd, Suite 200
Columbia, SC 29206
Tel: (803) 252-4800
Fax: (803) 252-4801
bsellers@stromlaw.com

Reginald A. Greene
Georgia Bar No. 308674
Greene Legal Group
One Georgia Center, Suite 605
600 West Peachtree Street, NW
Atlanta, GA 30308
Tel: (404) 574-4308
Fax: (912) 574-4312
regreene@greenelegalgroup.com

/s/Sun S. Choy
Sun S. Choy
Georgia Bar No. 025148
Wesley C. Jordan
Georgia Bar No. 336891
Steven Grunberg
Georgia Bar No. 146397
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339
Tel: (770) 818-0000
Fax: (770) 9379960
schoy@fmglaw.com
wjackson@fmglaw.com
sgrunberg@fmglaw.com

*Attorneys for Defendants*

Harry M. Daniels
(*Pro hac vice* to be filed)
4751 Best Road, Suite 490
Atlanta, GA 30337
Tel: (678) 664-8529
Fax: (800) 867-5248
daniels@harrydaniels.com