# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

C.J., a minor, by and through
her next friend and guardian,
Betty Jean Murphy James, et
al.,

     Plaintiffs,

v.

JIM PROCTOR, in his individual
capacity as Camden County
Sheriff, et al.,

     Defendants.

CV 2:22-078

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 16, wherein they notify the Court that they wish to dismiss without prejudice all claims asserted against Defendant Jim Proctor. All parties who have appeared in this matter join in the stipulation of dismissal. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted against Defendant Jim Proctor are hereby **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate this defendant as a party to this lawsuit. Further, Defendant Jim Proctor's pending motion to dismiss and motion to stay, dkt. nos. 10, 11, are **DENIED** as **moot**. Plaintiff's claims against Defendants Michael Blaquiere, Downy Casey, and John/Jane Does remain pending.

**SO ORDERED**, this ___ day of December, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA