**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

C.J., a minor, by and through her next friend
and guardian Betty Jean Murphy James, and
BETTY JEAN MURPHY JAMES, as
Administratrix of the Estate of Latoya James,

        Plaintiffs,

      v.

MICHAEL BLAQUIERE, et al.,

        Defendants.

CIVIL ACTION NO.: 2:22-cv-78

## THIRD AMENDED SCHEDULING ORDER

      The parties filed a Joint Motion to Extend Deadlines. Doc. 37. The parties explain they have worked diligently to complete discovery and completed the last deposition on November 1, 2023. Id. at 2. The parties request more time to prepare their respective Daubert motions, and Defendants request additional time for their motion for summary judgment. Id. Upon due consideration and good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | November 27, 2023 |
| Depositions of All Witnesses Taken for Use at Trial | December 27, 2023 |
| Proposed Pretrial Order | January 31, 2024 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.  Docs. 19, 24, 34.

**SO ORDERED**, this 16th day of November, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA