IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| C.J., a minor, by and through her next friend and guardian, BETTY JEAN MURPHY JAMES, <br><br>and<br><br>BETTY JEAN MURPHY JAMES, as Administrator of the Estate of Latoya James<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL BLAQUIERE, in his individual capacity, as Camden County Deputy Sheriff<br><br>and<br><br>DOWNY CASEY, in his individual capacity, as a Camden County Deputy Sheriff<br><br>and<br><br>JOHN/JANE DOES, in their individual capacities, as Camden County Deputies<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 2:22-CV-00078-LGW-BWC |

## DEFENDANTS MICHAEL BLAQUIERE AND DOWNY CASEY'S MOTION FOR SUMMARY JUDGMENT

COME NOW Michael Blaquiere and Downy Casey, in their individual capacities, ("Defendants") hereby respectfully move this Court for summary judgment as to all of plaintiff's remaining claims against these defendants.

In support of this motion, defendants incorporate by reference their Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment, Memorandum of Law in Support of their Motion for Summary Judgment and the exhibits annexed thereto, including the facts submitted in the pleadings and discovery, and all pleadings and discovery of record at the time of the Court's consideration of this motion.

**WHEREFORE**, defendants seek their motion for summary judgment be granted.

This 27th day of November, 2023.

> Respectfully submitted,
>
> **FREEMAN MATHIS & GARY, LLP**
>
> */s/ Steven L. Grunberg*
> Sun S. Choy
> Georgia Bar No. 025148
> schoy@fmglaw.com
> Wesley C. Jackson
> Georgia Bar No. 336891
> wjackson@fmglaw.com
> Steven Grunberg
> Georgia Bar No. 146397
> sgrunberg@fmglaw.com
>
> *Attorneys for Defendants*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS MICHAEL BLAQUIERE AND DOWNY CASEY'S MOTION FOR SUMMARY JUDGMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

|  |  |
|---|---|
| Reginald A. Greene, Esq.<br>GREENE LEGAL GROUP LLC<br>One Georgia Center, Suite 605<br>600 West Peachtree Steet, NW<br>Atlanta, Georgia 30308<br>rgreene@greenlegalgroup.com | Mario A. Pacella, Esq.<br>STROM LAW FIRM, LLC<br>600 West Peachtree Steet, Suite 604<br>Atlanta, Georgia 30308<br>mpacella@stromlaw.com |
| Bakari T. Sellers, Esq.<br>STROM LAW FIRM, LLC<br>6923 N. Trenholm Road, Suite 200<br>Columbia, South Carolina 29206<br>bsellers@stromlaw.com | Harry M. Daniels, Esq.<br>THE LAW OFFICES OF HARRY M. DANIELS, LLC<br>4751 Best Road, Suite 490<br>Atlanta, Georgia 30337<br>daniels@harrymdaniels.com |

This 27th day of November, 2023.

/s/ Steven L. Grunberg
Steven Grunberg
Georgia Bar No. 146397
sgrunberg@fmglaw.com

*Attorneys for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
 Suite 1600
Atlanta, Georgia 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960