# **EXHIBIT A**

# **Original Search Warrant**

CAMDEN COUNTY, GEORGIA          Search Warrant No: OR-6-21-021

Page 1 of 2 pages

## AFFIDAVIT AND APPLICATION FOR A SEARCH WARRANT

**AFFIANT:** Michael Blaquiere

**AFFIANT'S ADDRESS & PHONE NO:** (912) 510-5100

Camden County Sheriff's Office
209 East 4th Street
Woodbine, GA 31569

The undersigned affiant being duly sworn, deposes and says: I am an officer of the State of Georgia or its political subdivisions charged with the duty of enforcing the criminal laws, and that I have reason to believe that in Camden County, Georgia, on the person, premises, or property described as follows:

12103 US Hwy 17 Woodbine, GA 31569 being described as a residential single story home and to include all out structures and vehicles on the property. The residence is a blue in color. There is a front porch to the residence with four half brick columns. There are windows on either side of the front door of the residence. The front door is gray / dark in color with a storm door in front of it. The roof is described as a rusty tin roof. On the north side of the residence there is a wooden shed.

**There is:** controlled substances to include but not limited to cocaine, THC. Items used in the distribution and sales of narcotics. As well as electronic devices to include but not limited to cell phones used to facilitate transactions in controlled substances.

The facts tending to establish probable cause that a crime has been or is being committed in the above described instruments, articles or things described above are presently located at the above described premises or property are as follows:

On 04/28/2021 at approximately 05:30 hours Camden County's Drug Task Force (DTF) conducted a trash pull at the residence of 12103 US Hwy 17 Woodbine, GA 31569. The residence has been under investigation by DTF for the sales and distribution of narcotics primarily but not limited to cocaine. Varshan Brown is the primary target of narcotics dealing that is residing at the residence. Brown has been seen at the residence by investigators and his vehicle has been observed being parked in front of the residence for multiple days at a time. Information obtained of the sales and distribution of narcotics has been gained through interviews of a confidential source.

During the trash pull of the residence on 04/28/2021 a county trash can was observed in front of the residence and in the right of way next to Hwy 17 on the day the trash was to be collected by waste management personnel. Investigator Casey retrieved two plastic garbage bags from the trash can. The contents in the two trash bags were then sorted through by investigators at a prearranged meeting location.

Inside the trash the following was located. One orange in color clear plastic pill bottle labeled Varshan L Brown Trazodone 50MG Tab, 9 red in color clear plastic bags containing white powdery substance which yielded a positive field test result for cocaine, 3 cut straws containing a white powdery residue, and a multi colored plastic bag labeled Chuckles Gummy Worms 400 mg THC: 10 individual infused 40 mg pieces. All evidence collected and tested was photographed and recorded on evidence property receipt C-12749 and

I swear or affirm that all of the information contained in this affidavit and all other testimony given by me under oath is true to the best of my knowledge and belief,

SWORN TO, BEFORE ME AT (time): 12:30  AM/PM    4/29/21

_____          _____
AFFIANT                                                               MAGISTRATE JUDGE

Search Warrant No: CR-6-21-026

Page 2 of 2 Pages

## AFFIDAVIT AND APPLICATION FOR A SEARCH WARRANT

(Affidavit continued)

turned into evidence in Woodbine, GA.

Brown's criminal history was obtained by investigators which showed Brown having been charged with the following aggravated assault and convicted on 10/28/1994, battery convicted on 06/16/1995, possession of a firearm by convicted felon convicted on 06/09/1999, trafficking in cocaine in 2001, battery/ simple battery family violence, trafficking in cocaine, purchase possession distribution or sale of marijuana, willful obstruction of law enforcement convicted on 05/24/2006, probation violation (sale cocaine possession of marijuana), indicted on charges of trafficking in cocaine illegal drugs marijuana or methamphetamine, possession cocaine, possession of cocaine with intent to distribute, possession or transport of firearm by a convicted felon on 09/22/2010, indicted on charges of aggravated assault against law enforcement officer, possession of cocaine on 03/10/2016. The charges listed are not all of the charges that Brown has been accused of between the dates of 01/02/1991 to present date 04/28/2021.

During the course of the investigation investigator obtained knowledge that Brown is known to have firearms inside the residence. Due to the prior charges indicated on Brown's criminal history and information received about firearms being seen in the residence this affaint is requesting a "No Knock" provision be included with this warrant for the safety of law enforcement.

I swear or affirm that all of the information contained in this affidavit and all other testimony given by me under oath is true to the best of my knowledge and belief.

SWORN TO, BEFORE ME AT (time): 12:30  AM/PM  4/29/21

_____          _____
AFFIANT                          MAGISTRATE JUDGE

Search Warrant No: CR-W-21-026

Page 1 of 4 Pages

# SEARCH WARRANT
# IN THE MAGISTRATE COURT OF CAMDEN COUNTY
# STATE OF GEORGIA

TO: ALL PEACE OFFICERS OF THE STATE GEORGIA
AFFIDAVIT HAVING MADE BEFORE ME BY Michael Blaquiere AN OFFICER CHARGED WITH THE DUTY OF ENFORCING THE CRIMINAL LAWS, THAT HE HAS REASON TO BELIEVE THAT IN CAMDEN COUNTY, GEORGIA ON THE FOLLOWING DESCRIBED PERSON, PREMISES, OR PROPERTY:

12103 US Hwy 17 Woodbine, GA 31569 being described as a residential single story home and to include all out structures and vehicles on the property. The residence is a blue in color. There is a front porch to the residence with four half brick columns. There are windows on either side of the front door of the residence. The front door is gray / dark in color with a storm door in front of it. The roof is described as a rusty tin roof. On the north side of the residence there is a wooden shed.

THERE IS NOW LOCATED CERTAIN INSTRUMENTS, ARTICLES, PERSON(S), OR THINGS, NAMELY:

controlled substances to include but not limited to cocaine, THC. Items used in the distribution and sales of narcotics. As well as electronic devices to include but not limited to cell phones used to facilitate transactions in controlled substances.

WHICH IS

A violation of GA O.C,G.A 16-13-30 purchase, possession, manufacture, distribution, or sale of controlled substances

_____
AFFIANT

_____
MAGISTRATE JUDGE

Search Warrant No: CR-6-21-026

Page 2 of 4 Pages

# SEARCH WARRANT
# IN THE MAGISTRATE COURT OF CAMDEN COUNTY
# STATE OF GEORGIA

BASED UPON THE AFFIDAVIT GIVEN UNDER OATH OR AFFIRMATION AND ALL OTHER EVIDENCE GIVEN TO ME UNDER OATH OR AFFIRMATION. I AM SATISFIED THAT THERE IS PROBABLE CAUSE TO BELIEVE THAT A CRIME IS BEING OR HAS BEEN COMMITTED AND THAT THE PROPERTY DESCRIBED ABOVE IS PRESENTLY LOCATED ON THE PERSON, PREMISES, OR PROPERTY DESCRIBED ABOVE.

YOU ARE HEREBY COMMANDED TO ENTER, SEARCH AND SEIZE WITHIN (10) DAYS OF THIS DATE, THE PERSON, PREMISES, OR PROPERTY DESCRIBED IN THIS WARRANT. A COPY OF THIS WARRANT IS TO BE LEFT WITH THE PERSON SEARCHED OR, IF NO PERSON IS AVAILABLE, ON THE PREMISES OR VEHICLE SEARCHED, AND A WRITTEN RETURN, INCLUDING AN INVENTORY OF ANY THINGS SEIZED, SHALL BE MADE BEFORE ME OR A COURT OF COMPETENT JURISDICTION WITHOUT UNNECESSARY DELAY AFTER THE EXECUTION OF THIS SEARCH WARRANT.

So Ordered (Date): 4/29/21        Time: 12:30 AM/PM

_____
MAGISTRATE COURT JUDGE

Search Warrant No: CR-6-21-024

Page 3 of 4 pages

## NO-KNOCK PROVISION

**(NO-KNOCK PROVISION NOT VALID UNLESS SIGNED)**

It appearing from the aforementioned affidavit that there are reasonable grounds to believe that the giving of verbal notice would greatly increase the officer's peril and/or lead to immediate destruction of the instruments, articles, or things to be seized.

It is therefore ordered that entry be made without knocking and giving of verbal notice of the officer's authority and purpose.

So Ordered (date) _____   Time: _____ AM/PM

_not issued_

_____
JUDGE, MAGISTRATE COURT, CAMDEN COUNTY, GEORGIA

Search Warrant No: CR-6-21-026

Page 4 of 6 Pages

## SEARCH WARRANT RETURN

NOT EXECUTED
( ) This search warrant was not executed and is returned to the Judicial Officer who issued it.

*******************************************************************************

EXECUTED
( ) I executed this search warrant on the _____ Day of _____, _____, at _____AM/PM and searched the person, premises, or property described in the warrant. A copy of this warrant:

( ) was left with _____.

( ) was left in the following conspicuous place, because no one was available to be given the warrant.

Attached hereto is an inventory consisting of _____ pages, of the instruments, articles, or things which were seized pursuant to this search warrant. I swear (affirm) that this inventory is a true and detailed account of all instruments, articles, or things seized pursuant to this search warrant.
*******************************************************************************
Comment/Other



_____
Affiant

Sworn and subscribed before me,
this _____ day of _____, _____

_____
JUDGE, MAGISTRATE COURT OF CAMDEN COUNTY, GEORGIA

Search Warrant No: CR-6-21-02(?)

# CRIMINAL WARRANT DOCKET SHEET

MAGISTRATE COURT OF CAMDEN COUNTY

**STATE OF GEORGIA**     vs     **SEARCH**

Warrant issued by:

Date of issue:

**SEARCH**

Defendant's Attorney:

State's Attorney:

Affidavit made by:

Michael Blaquiere

Affiant's address & phone number:

Camden County Sheriff's Office
209 East 4th Street
Woodbine, GA 31569

(912) 510-5100

DISPOSITION:
- Dismissed at commital hearing
- Bound over to Superior Court
- Transferred to:
- Other:

**Disposition date:**

Comments:

| date | description | costs | receipt # | comments |
|------|-------------|-------|-----------|----------|
|      |             |       |           |          |
|      |             |       |           |          |
|      |             |       |           |          |
|      |             |       |           |          |
|      |             |       |           |          |

# CAMDEN COUNTY SHERIFF'S OFFICE
## RECEIPT FOR PROPERTY

**C - 12749**

**CASE NO.** 2021-00023645

**NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED:** ☒ Owner ☐ Other ☐ None — Varshan L. Brown

**ADDRESS:** 12103 US Hwy 17, Woodbine GA 31569

**LOCATION WHERE PROPERTY WAS OBTAINED:** 12103 US Hwy 17, Woodbine, GA 31569

**DATE:** 4/28/21  **TIME:** 05:30 AM

| Item No. | QUAN. | File No. | DESCRIPTION OF PROPERTY |
|---|---|---|---|
| 1 | 9 | | red in color clear plastic bags containing white powder like substance (field tested positive for cocaine) |
| 2 | 3 | | cut straws containing white powder substance |
| 3 | 1 | | multi colored plastic bag labeled Chuckles Gummy Worms 400 mg THC: 10 individual infused 40 mg pieces |
| 4 | 1 | | orange in color plastic pill bottle labeled Varshan L Brown Trazodone 50 MG Tab |

**NAME OF AND BADGE NUMBER OF OFFICER OBTAINING PROPERTY:** M. Blaquiere 1157

**SIGNATURE:** [signed]

**BADGE NUMBER:** 1157

### CHAIN OF CUSTODY

| Item No. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY (Include Lab Case #) |
|---|---|---|---|---|
| 1-4 | 4/28/21 | Blaquiere | Evidence | Evidence |

WHITE - Keep With Evidence    CANARY - Case File    PINK - Evidence Room    GOLDENROD - Receipt