# EXHIBIT I

# GBI Investigative

**04-0182-34-21**

DUCKWORTH then provided BLAQUIERE'S rifle to CHRIS SEARS. BLAQUIERE exited the residence. JAMES GALLOWAY called for an ambulance.

DUCKWORTH, HARMON and BILLINGTON began to render aide to BROWN and JAMES by applying chest seals, quick clot trauma packs and a tourniquet. BROWN began to mumble JAMES' name. EMS then arrived. BROWN was taken out on a backboard. CPR was being administered to JAMES by officers. BROWN made other statements, exact unknown.

Both BROWN and JAMES were restrained with flex cuffs behind their backs. DUCKWORTH does not know who applied the restraints. BROWNS' cuffs were then cut by EMS. A female EMT checked JAMES (known to law enforcement as TINA INGLES). JAMES was pronounced deceased.

DUCKWORTH cut JAMES' shirt off while rendering aid to apply chest seals. A clear plastic baggie containing a white powdery substance, believed to be cocaine, fell out of JAMES' bra area. DUCKWORTH noted the another plastic baggie with a white power substance and straw were present on the bed. A Glock pistol with an extended magazine was present on a nearby nightstand in the bedroom, exact details unknown. DUCKWORTH noted multiple spent casings scattered in the room, exact details unknown.

DUCKWORTH did not speak directly to BLAQUIERE or CASEY following the incident. DUCKWORTH witnessed BLAQUIERE and CASEY fire during the incident. DUCKWORTH does not know who fired first. DUCKWORTH did not fire his weapon at any point.

Page 4 of 5

822846

**PROPERTY OF GBI**

Further dissemination is prohibited
without written approval of a GBI Supervisor

EXHIBIT ___38___