# EXHIBIT 9

IN THE SUPERIOR COURT OF CAMDEN COUNTY
STATE OF GEORGIA

STATE OF GEORGIA            )
                            )
vs.                         )   CASE NUMBER: SUCR2022000110
                            )
VARSHAN LAMONT BROWN,       )
                            )
Defendant.                  )

STATE OF GEORGIA
CAMDEN SUPERIOR COURT
Filed 9/14/2023 at 6:23 AM
_____ Clerk

## VERDICT FORM

We, the jury, find as follows:

**COUNT ONE -    FELONY MURDER**

On the charge of felony murder, we find Defendant __NOT GUILTY__ of felony murder.

**COUNT TWO -   AGGRAVATED ASSAULT ON A PUBLIC SAFETY OFFICER.**

On the charge of aggravated assault on a public safety officer, we find Defendant __Guilty__ of aggravated assault on a public safety officer.

**COUNT THREE - AGGRAVATED ASSAULT ON A PUBLIC SAFETY OFFICER.**

On the charge of aggravated assault on a public safety officer, we find Defendant __Guilty__ of aggravated assault on a public safety officer.

**COUNT FOUR -  POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE**

On the charge of possession of cocaine with intent to distribute, we find Defendant __Guilty__ of possession of cocaine with intent to distribute.

SO SAY WE ALL, this __14__ day of __September__ 2023.

_____
FOREPERSON