IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

C.J., a minor, by and through her )
next friend and guardian, BETTY )
JEAN MURPHY JAMES, )
 )
and )
 )
BETTY JEAN MURPHY JAMES, )
as Administrator of the Estate of )
Latoya James )
 )
    Plaintiffs, )   CIVIL ACTION
 )   FILE NO.: 2:22-CV-00078-LGW-BWC
v. )
 )
MICHAEL BLAQUIERE, in his )
individual capacity, as Camden County )
Deputy Sheriff )
 )
and )
 )
DOWNY CASEY, in his individual )
capacity, as a Camden County Deputy )
Sheriff )
 )
and )
 )
JOHN/JANE DOES, in their individual )
capacities, as Camden County Deputies )
 )
    Defendants. )
_____ )

## DEFENDANTS' LOCAL RULE 7.6 NOTICE TO CLERK OF INTENT TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

    Defendants hereby notify the Clerk pursuant to S.D. Ga. L.R. 7.6 of their intent to file a

reply brief in support of their motion for summary judgment (Doc. 39) filed on November 27, 2023.

    This 3rd day of January, 2024.

*[Signature follows on next page.]*

**FREEMAN MATHIS & GARY, LLP**

*/s/ Steven L. Grunberg* _____
Sun S. Choy
Georgia Bar No. 025148
schoy@fmglaw.com
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com
Steven Grunberg
Georgia Bar No. 146397
sgrunberg@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(770) 937-9960 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS' LOCAL RULE 7.6 NOTICE TO CLERK OF INTENT TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

Reginald A. Greene, Esq.
GREENE LEGAL GROUP LLC
One Georgia Center, Suite 605
600 West Peachtree Street, NW
Atlanta, Georgia 30308
rgreene@greenlegalgroup.com

Mario A. Pacella, Esq.
STROM LAW FIRM, LLC
600 West Peachtree Steet, Suite 604
Atlanta, Georgia 30308
mpacella@stromlaw.com

Bakari T. Sellers, Esq.
STROM LAW FIRM, LLC
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
bsellers@stromlaw.com

Harry M. Daniels, Esq.
THE LAW OFFICES OF HARRY M. DANIELS, LLC
4751 Best Road, Suite 490
Atlanta, Georgia 30337
daniels@harrymdaniels.com

This 3rd day of January, 2023.

/s/ Steven L. Grunberg
Steven Grunberg
Georgia Bar No. 146397
sgrunberg@fmglaw.com

*Attorneys for Defendants*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
 Suite 1600
Atlanta, Georgia 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960