# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV222-78**  DATE **05/15/2024**

TITLE **C.J. et al v. Proctor et al**

TIMES **1:29 - 2:22**  TOTAL **53 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**  Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Mario Pacella<br>Bakari Sellers<br>Reginald Greene | Wesley Jackson | |

PROCEEDINGS : **Motion Hearing**   ☑ In Court  ☐ In Chambers

**Parties present for hearing on motions.**
**Defendant 1:32 - 1:55 / Plaintiff 1:55 - 2:21**
**The record is held open for 7 days for any desired follow up briefing.**

(Rev 7/2003)  GENERAL CLERK'S MINUTES