IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| C.J., a minor, by and through her next friend and guardian, BETTY JEAN MURPHY JAMES, | ) ) ) ) | |
| and | ) ) | |
| BETTY JEAN MURPHY JAMES, as Administrator of the Estate of Latoya James | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO.: 2:22-CV-00078-LGW-BWC |
| v. | ) ) | |
| JIM PROCTOR in his individual capacity, as Camden County Sheriff | ) ) ) | |
| and | ) ) | |
| MICHARL BLAQUIERE, in his individual capacity, as Camden County Deputy Sheriff | ) ) ) ) | |
| and | ) ) | |
| DOWNY CASEY, in his individual capacity, as a Camden County Deputy Sheriff | ) ) ) ) | |
| and | ) ) | |
| JOHN/JANE DOES, in their individual capacities, as Camden County Deputies | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEAL**

1

Comes now Plaintiff C.J., a minor, by and through her next friend and guardian, Betty Jean Murphy James, by and through her undersigned counsel of record, and files her Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered on July 8, 2024 following the District Court's Order granting Defendants' Motion for Summary Judgment, dated July 5, 2024.

RESPECTFULLY SUBMITTED, this the 31st day of July, 2024.

Strom Law Firm, LLC

/s/Mario A. Pacella
Mario A. Pacella
Georgia Bar No. 558519
P.O. Box 1635
Brunswick, GA 31521
Tel: (912) 264-6465
Fax: (912) 264-6470
mpacella@stromlaw.com


Bakari T. Sellers
(*Pro hac vice*)
Strom Law Firm, LLC
6923 N. Trenholm Rd., Suite 200
Columbia, SC 29206
Tel: (803) 252-4800
Fax: (803) 252-4801
bsellers@stromlaw.com

Reginald A. Greene
Georgia Bar No. 308674
Greene Legal Group
One Georgia Center, Suite 605
600 West Peachtree Street, NW
Atlanta, GA 30308
Tel: (404) 574-4308
Fax: (912) 574-4312
regreene@greenelegalgroup.com

Harry M. Daniels
(*Pro hac vice*)
4751 Best Road, Suite 490

Atlanta, GA 30337
Tel: (678) 664-8529
Fax: (800) 867-5248
daniels@harrydaniels.com

## **CERTIFICATE OF SERVICE**

I, Mario A. Pacella, counsel for Plaintiff, certify that I served all counsel of record via the Court's CM/ECF system on this the 31st day of July, 2024.

s/Mario A. Pacella
Mario A. Pacella
