AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | |
|---|---|
| C.J., A MINOR, ET. AL. | ) |
| v. | ) Case No.: 2:22-CV-078 |
| MICHAEL BLAQUIERE, ET. AL. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __July 8, 2024__ against __Plaintiffs__ ,
the Clerk is requested to tax the following as costs: 
Date

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,388.43 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL | $ 3,428.43 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service          [ ] First class mail, postage prepaid
[ ] Other:

s/ Attorney: __Wesley C. Jackson, Esq.__

Name of Attorney: __Wesley C. Jackson, Esq.__

For: __Defendant Michael Balquiere, et. al.__          Date: __August 2, 2024__
*Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | | Total Cost Each Witness |
| Charles Stephenson, Brunswick, Georgia | 1 | 40.00 | | | | | | $40.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | **TOTAL** | | $40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | | Reset |
|---|---|---|---|

## EXHIBIT A

### FEES OF THE CLERK

| EXPENSE | DATE | PAYMENT TO | AMOUNT PAID |
|---------|------|------------|-------------|
|         |      |            |             |
| TOTAL: $0 | | | |

## <u>EXHIBIT B</u>

**FEES FOR SERVICE OF SUMMONS AND SUBPOENA**

| EXPENSE | DATE | SERVICE PROVIDER | AMOUNT PAID |
|---------|------|------------------|-------------|
|         |      |                  |             |
| TOTAL: $0 | | | |

# EXHIBIT C

## DEPOSITION TRANSCRIPTS

### (FEES FOR PRINTED OR ELECTRONICALLY

### RECORDED TRANSCRIPTS)

| DEPONENT | DATE | SERVICE PROVIDER | AMOUNT PAID |
|---|---|---|---|
| Michael Balquiere | 6/20/23 | Veritext Legal Solutions | $328.00 |
| Casey Downey | 6/19/23 | Veritext Legal Solutions | $468.00 |
| Betty Jean Murphy James | 6/20/23 | Veritext Legal Solutions | $453.90 |
| Kevin Chaney James | 6/19/23 | Veritext Legal Solutions | $404.00 |
| John J. Ryan | 11/1/23 | Huseby Global | $453.75 |

| DEPONENT | DATE | SERVICE PROVIDER | AMOUNT PAID |
|---|---|---|---|
| | | Litigation | |
| John J. Ryan | 11/1/23 | Huseby Global Litigation (Video) | $311.00 |
| Charles Stephenson | 9/12/23 | Elizabeth Gallo Court Reporting, LLC | $907.75 |
| GSCCCA | 12/4/2023 | Camden County Superior Court (criminal transcript) | $7.69 |
| GSCCCA | 12/4/2023 | Camden County Superior Court (criminal transcript) | $3.08 |
| GSCCCA | 12/4/2023 | Camden County Superior Court | $48.18 |

| DEPONENT | DATE | SERVICE PROVIDER | AMOUNT PAID |
|---|---|---|---|
| | | (criminal transcript) | |
| GSCCCA | 12/4/2023 | Camden County Superior Court (criminal transcript) | $3.08 |
| **TOTAL: $3,388.43** | | | |

# INVOICE

1 of 2



**[404] 389-1155 | info@georgiareporting.com | [404] 389-1155**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 127975 | 10/2/2023 | 103612 |

| Job Date | Case No. |
|---|---|
| 9/12/2023 | 2:22-CV-00078-LGW-BWC |

| Case Name |
|---|
| C.J. et al. vs. Michael Blaquiere et al. |

| Payment Terms |
|---|
| Due upon receipt |

Jill R. Hanke
Freeman Mathis & Gary, LLP - Atlanta
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
T: (770) 818-0000  F: (770) 937-9960

ORIGINAL & 1 COPY - ELECTRONIC VERSION ONLY TRANSCRIPT OF:

Charles P. Stephenson                                                                      830.00

| | | | | |
|---|---|---|---|---|
| Appearance:  Depo/EUO Two-Hour Minimum Appearance Fee | 1.00 | Flat Fee @ | 125.000 | 125.00 |
| Appearance:  Depo/EUO Additional Hours | 3.00 | Hours @ | 35.000 | 105.00 |
| Exhibits: Scanned Only - OCR Scan (Searchable) | 155.00 | Pages @ | 0.500 | 77.50 |
| Zoom/WebEx Meeting Setup | 1.00 | Flat Fee @ | 25.000 | 25.00 |
| Postage - Printed Sealed Original | 1.00 | Flat Fee @ | 22.500 | 22.50 |

| | |
|---|---|
| **TOTAL DUE   >>>** | **$1,185.00** |
| AFTER 11/1/2023  PAY | $1,333.13 |

Location of Job    : GalloMeet Web Conferencing - Teak Boardroom
All attendees appearing remotely.
REMOTE

Please make checks payable to Elizabeth Gallo Court Reporting, LLC.  This invoice was billed using EGCR's Zone 1, Atlanta metro area, rates.

Questions? Please email billing@georgiareporting.com or call us at (404) 389-1102.
Need A W-9?   Go to www.GeorgiaReporting.com/W9
Want to Pay Online? Go to www.GeorgiaReporting.com/Payment
Want to Pay Over the Phone? Call us at (404) 389-1107

**Tax ID:** ▮▮▮▮▮▮

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 103612 | BU ID | : EGCR |
| Case No. | : 2:22-CV-00078-LGW-BWC | | |
| Case Name | : C.J. et al. vs. Michael Blaquiere et al. | | |
| Invoice No. | : 127975 | Invoice Date | : 10/2/2023 |
| **Total Due** | **: $1,185.00** | | |

Jill R. Hanke
Freeman Mathis & Gary, LLP - Atlanta
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Elizabeth Gallo Court Reporting, LLC**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**



**Freeman Mathis & Gary** LLP

**FMG Operating Account**
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

**BANK OF NORTH GEORGIA**

**103719**

64-7029/2611

10/13/2023

PAY TO THE ORDER OF   Elizabeth Gallo Court Reporting, LLC

One Thousand One Hundred Eighty-Five Dollars AND 00/100************************

$1,185.00

ELIZABETH GALLO COURT REPORTING, LLC
2900 CHAMBLEE TUCKER RD BLDG 13
ATLANTA GA  30341-4100



_____
AUTHORIZED SIGNATURE

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

| INVOICE | DATE | DESCRIPTION | AMOUNT |
|---------|------|-------------|--------|
| 127975 | 10/02//2023 | 448-101247 Transcript | 1,185.00 |

| Check#/Date | 103719 | 10/13/2023 | Elizabeth Gallo Court Reporting, | $1,185.00 |
|---|---|---|---|---|

| INVOICE | DATE | DESCRIPTION | AMOUNT |
|---------|------|-------------|--------|
| 127975 | 10/02/2023 | 448-101247 Transcript | 1,185.00 |

| Check#/Date | 103719 | 10/13/2023 | Elizabeth Gallo Court Reporting, | $1,185.00 |
|---|---|---|---|---|



# Invoice

#### #40031395

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Freeman Mathis & Gary LLP**
Wesley Jackson
Suite 1600 100 Galleria Parkway SE
Atlanta GA 30339-5948
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 11/13/2023 | Due upon receipt | 11/13/2023 | 11/1/2023 | 90025602 |

| Case Number | Case Name |
|---|---|
| 2:22-CV-00078-LGW-BWC | C.J. v. Michael Blaquiere |

COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| John J. Ryan | 121.00 | Per Page | @ | 3.75 | 453.75 |
| Expedite 6 Day | 121.00 | Per Page | @ | 2.18 | 263.78 |
| Huseby Connect Webconferencing | | | | 50.00 | 50.00 |
| Litigation Support Services | | | | 50.00 | 50.00 |
| Med/Tech/Video/Int Surcharge | 121.00 | Per Page | @ | 0.60 | 72.60 |

| | | |
|---|---|---|
| **INVOICE TOTAL** | **>>>** | **$890.13** |
| Credits Applied | $363.78 | |
| Net Total | $526.35 | |
| Amount Unpaid | $526.35 | |

| | |
|---|---|
| Credits Applied | $363.78 |
| Payments Applied | $526.35 |
| **Amount Due** | **$0.00** |

Credits Applied:  $363.78
Payments Applied:  $526.35
Location of Job:  Remote Location
, RI

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** ▓▓▓▓▓▓

Remit to: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**



40031395



# Invoice

#40031396

### CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Freeman Mathis & Gary LLP**
Wesley Jackson
Suite 1600 100 Galleria Parkway SE
Atlanta GA 30339-5948
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 11/13/2023 | Due upon receipt | 11/13/2023 | 11/1/2023 | 90025602 |

| Case Number | Case Name |
|---|---|
| 2:22-CV-00078-LGW-BWC | C.J. v. Michael Blaquiere |

Video Copy

| | | | | |
|---|---|---|---|---|
| John J. Ryan | 3.00 | @ | 89.00 | 267.00 |
| Shipping | | | 59.00 | 59.00 |
| Video Media/Digital and E-Delivery | | | 44.00 | 44.00 |

**TOTAL DUE  >>>**            **$370.00**

Location of Job:  Remote Location
, RI

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** ███████

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

40031396

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

 **Freeman Mathis & Gary** LLP

**FMG Operating Account**
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Pinnacle Bank                    22154

87-863/640

02/29/2024

PAY TO THE ORDER OF    Huseby Global Litigation

Three Thousand Five Hundred Eighty-Three Dollars AND 40/100*********************        $3,583.40

HUSEBY GLOBAL LITIGATION
PO BOX 6180
HERMITAGE PA 16148-0922

AUTHORIZED SIGNATURE

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE – RED IMAGE DISAPPEARS WITH HEAT.

| INVOICE | DATE | DESCRIPTION | AMOUNT |
|---------|------|-------------|--------|
| 40031395 | 11/13//2023 | 448-101247 Transcript | 526.35 |
| 40031396 | 11/13//2023 | 448-101247 Deposition | 370.00 |

| Check#/Date | 22154 | 02/29/2024 | Huseby Global Litigation | $3,583.4 |

| INVOICE | DATE | DESCRIPTION | AMOUNT |
|---------|------|-------------|--------|
| 40031395 | 11/13//2023 | 448-101247 Transcript | 526.35 |
| 40031396 | 11/13//2023 | 448-101247 Deposition | 370.00 |

| Check#/Date | 22154 | 02/29/2024 | Huseby Global Litigation | $3,583.4 |

Safeguard   LITHO USA   SFSL1   DK7508111L

## Veritext, LLC - Southeast Region
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: ████████



| Bill To: | Steven Grunberg | | Invoice #: | **6683743** |
| | Freeman Mathis & Gary | | Invoice Date: | **7/3/2023** |
| | 100 Galleria Pkwy | | Balance Due: | **$0.00** |
| | Ste 1600 | | | |
| | Atlanta, GA, 30339 | | | |

| **Case: C.J., Et Al. v. Blaquiere, Michael, Et Al. (222CV00078LGWBWC)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5961309   |   Job Date: 6/20/2023   |   Delivery: Normal

| Location: | Woodbine, GA |
|---|---|
| Billing Atty: | Steven Grunberg |
| Scheduling Atty: | Mario Pacella | Strom Law Firm LLC |

| Witness: Betty Jean Murphy James | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 89.00 | $5.10 | $453.90 |
| Exhibits | 4.00 | $0.55 | $2.20 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $28.00 | $28.00 |
| Logistics & Processing | 1.00 | $25.00 | $25.00 |

| Witness: Michael Blaquiere | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 82.00 | $4.00 | $328.00 |
| Exhibits | 5.00 | $0.55 | $2.75 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $28.00 | $28.00 |

| | Quantity | Price | Amount |
|---|---|---|---|
| Attendance | 0.50 | $370.00 | $185.00 |
| Expenses (Out of Pocket) | 1.00 | $133.61 | $133.61 |
| Paper Production and Delivery | 1.00 | $45.00 | $45.00 |

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ████████

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  6683743**
**Invoice Date:  7/3/2023**
**Balance Due:  $0.00**

84921

## Veritext, LLC - Southeast Region

Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: ▓▓▓▓▓▓▓▓



| Notes: | The cost for mileage and travel for the reporter were split between firms Reporter and witness were in Woodbine, GA | | |
|---|---|---|---|
| | | **Invoice Total:** | **$1,231.46** |
| | | **Payment:** | **($1,231.46)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ▓▓▓▓▓▓▓▓

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  6683743**

**Invoice Date:  7/3/2023**

**Balance Due:  $0.00**

84921

## Veritext, LLC - Southeast Region

Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: ███████████



| | |
|---|---|
| Bill To: Steven Grunberg<br>Freeman Mathis & Gary<br>100 Galleria Pkwy<br>Ste 1600<br>Atlanta, GA, 30339 | **Invoice #:**  **6683350**<br>**Invoice Date:**  **7/3/2023**<br>**Balance Due:**  **$0.00** |

| Case: C.J., Et Al. v. Blaquiere, Michael, Et Al. (222CV00078LGWBWC) | Proceeding Type: Depositions |
|---|---|

Job #: 5961304   |   Job Date: 6/19/2023   |   Delivery: Normal

Location:         Brunswick, GA

Billing Atty:      Steven Grunberg

Scheduling Atty:  Mario Pacella | Strom Law Firm LLC

| Witness: 30(b)(6) James Kevin Chaney | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 101.00 | $4.00 | $404.00 |
| Exhibits | 70.00 | $0.55 | $38.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $28.00 | $28.00 |

| Witness: Downy Casey | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 117.00 | $4.00 | $468.00 |
| Exhibits | 28.00 | $0.55 | $15.40 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$981.90** |
| | **Payment:** | **($981.90)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: ███████████ | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  6683350**<br>**Invoice Date:  7/3/2023**<br>**Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

# SYNOVUS®



**FMG LAW** Freeman Mathis & Gary LLP

**FMG Operating Account**
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

**BANK OF NORTH GEORGIA**

64-7029/2611

101377

07/14/2023

**PAY TO THE ORDER OF**  Veritext, LLC

Twenty-Eight Thousand Six Hundred Forty-Three Dollars AND 90/100********************

$28,643.90

VERITEXT, LLC
PO BOX 71303
CHICAGO IL 60694-1303

AUTHORIZED SIGNATURE

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.



| | |
|---|---|
| **From:** | noreply@gsccca.org |
| **Sent:** | Monday, December 4, 2023 1:56 PM |
| **To:** | Farah Finley |
| **Subject:** | GSCCCA eCertification Request PAYMENT RECEIPT : 68865 |

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 68865 |
| **Court Name:** | Camden County Superior Court - Criminal |
| **Document Type:** | Camden Superior Court Criminal Document |
| **Copy Type:** | Certified |
| **Payment Date:** | 12/4/2023 1:55 PM |
| **Payment Method:** | Credit Card ending in ▮▮ |
| **Final Cost:** | $3.08 |
| **Authentication Code:** | C6PXP-YAHAA-QUFP |

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 1 | $0.50 |
| CC Processing Fee | $0.08 | 1 | $0.08 |
| **Invoice Total** | | | **$3.08** |

Phone Support: 1-800-304-5174   Email Support: help@gsccca.org   Web: eCert.gsccca.org

| | |
|---|---|
| **From:** | noreply@gsccca.org |
| **Sent:** | Monday, December 4, 2023 1:59 PM |
| **To:** | Farah Finley |
| **Subject:** | GSCCCA eCertification Request PAYMENT RECEIPT : 68867 |

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 68867 |
| **Court Name:** | Camden County Superior Court - Criminal |
| **Document Type:** | Camden Superior Court Criminal Document |
| **Copy Type:** | Certified |
| **Payment Date:** | 12/4/2023 1:59 PM |
| **Payment Method:** | Credit Card ending in █ |
| **Final Cost:** | $3.08 |
| **Authentication Code:** | H1FHR-8RA31-YG6L |

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 1 | $0.50 |
| CC Processing Fee | $0.08 | 1 | $0.08 |
| **Invoice Total** | | | **$3.08** |

Phone Support: 1-800-304-5174   Email Support: help@gsccca.org   Web: eCert.gsccca.org

**From:**        noreply@gsccca.org
**Sent:**        Monday, December 4, 2023 1:55 PM
**To:**          Farah Finley
**Subject:**     GSCCCA eCertification Request PAYMENT RECEIPT : 68864

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

**Request ID:**           68864

**Court Name:**           Camden County Superior Court - Criminal

**Document Type:**        Camden Superior Court Criminal Document

**Copy Type:**            Certified

**Payment Date:**         12/4/2023 1:55 PM

**Payment Method:**       Credit Card ending in ▉

**Final Cost:**           $7.69

**Authentication Code:**  QA6ET-CKGPP-SQG1

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|------|-----------|-----|-----------|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 10 | $5.00 |
| CC Processing Fee | $0.19 | 1 | $0.19 |
| **Invoice Total** | | | **$7.69** |

Phone Support: 1-800-304-5174   Email Support: help@gsccca.org   Web: eCert.gsccca.org

| | |
|---|---|
| **From:** | noreply@gsccca.org |
| **Sent:** | Monday, December 4, 2023 1:56 PM |
| **To:** | Farah Finley |
| **Subject:** | GSCCCA eCertification Request PAYMENT RECEIPT : 68866 |

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Payment for your GSCCCA eCertification Request has been processed. Please see pertinent information below.

| | |
|---|---|
| **Request ID:** | 68866 |
| **Court Name:** | Camden County Superior Court - Criminal |
| **Document Type:** | Camden Superior Court Criminal Document |
| **Copy Type:** | Certified |
| **Payment Date:** | 12/4/2023 1:55 PM |
| **Payment Method:** | Credit Card ending in 2199 |
| **Final Cost:** | $48.18 |
| **Authentication Code:** | QMTCQ-72L4S-7CXZ |

**Payment Details**

| Item | Unit Price | Qty | Item Price |
|---|---|---|---|
| First Page Fee | $2.50 | 1 | $2.50 |
| Additional Page Fee | $0.50 | 89 | $44.50 |
| CC Processing Fee | $1.18 | 1 | $1.18 |
| **Invoice Total** | | | **$48.18** |

Phone Support: 1-800-304-5174   Email Support: help@gsccca.org   Web: eCert.gsccca.org

# EXHIBIT D

## SERVICE COPIES OF DISCOVERY DOCUMENTS

(FEES FOR DISBURSEMENTS FOR PRINTING)

| DOCUMENT | DATE SERVED | NUMBER OF PAGES |
|---|---|---|
| | | |
| **TOTAL PAGES: 0** | | |

| NUMBER OF COPIES | AMOUNT |
|---|---|
| **100 pages** (at 15 cents per copy) | **$ 0** |
| **TOTAL: $ 0** | |

## <u>EXHIBIT E</u>

## FEES FOR WITNESSES

(WITNESS SUBPOENA FEES)

| WITNESS NAME | DATE | FEE AMOUNT |
|---|---|---|
| Charles Stephenson<br><br>(The Orion Group) | 9/11/23 | $40.00 |
| **TOTAL: $40.00** | | |

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia

C.J., a minor, by and through her next friend

| | |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| *Defendant* | ) |

)

Civil Action No.   2:22-CV-00078-LGW-BWC

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                              Charles Stephenson
                    The Orion Group dba Crime Scene Plus

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: | Date and Time:  09/12/23 @ 10:00 a.m. EST |
|---|---|

The deposition will be recorded by this method:    Stenographically via Zoom App link

❏ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    09/11/2023

            *CLERK OF COURT*

                                        OR

_____                    _____
    *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*
                                                    Georgia Bar No. 336891

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendants
_____ , who issues or requests this subpoena, are:

Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, GA 30339, (770) 818-0000, wjackson@fmglaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  2:22-CV-00078-LGW-BWC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a
person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or
regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly
transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial
expense.

  **(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or
tangible things at a place within 100 miles of where the person resides, is
employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney
responsible for issuing and serving a subpoena must take reasonable steps
to avoid imposing undue burden or expense on a person subject to the
subpoena. The court for the district where compliance is required must
enforce this duty and impose an appropriate sanction—which may include
lost earnings and reasonable attorney's fees—on a party or attorney who
fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce
documents, electronically stored information, or tangible things, or to
permit the inspection of premises, need not appear in person at the place of
production or inspection unless also commanded to appear for a deposition,
hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible
things or to permit inspection may serve on the party or attorney designated
in the subpoena a written objection to inspecting, copying, testing, or
sampling any or all of the materials or to inspecting the premises—or to
producing electronically stored information in the form or forms requested.
The objection must be served before the earlier of the time specified for
compliance or 14 days after the subpoena is served. If an objection is made,
the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party
may move the court for the district where compliance is required for an
order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the
order must protect a person who is neither a party nor a party's officer from
significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where
compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits
specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no
exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a
subpoena, the court for the district where compliance is required may, on
motion, quash or modify the subpoena if it requires:

      **(i)** disclosing a trade secret or other confidential research, development,
or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does
not describe specific occurrences in dispute and results from the expert's
study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances
described in Rule 45(d)(3)(B), the court may, instead of quashing or
modifying a subpoena, order appearance or production under specified
conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be
otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These
procedures apply to producing documents or electronically stored
information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents
must produce them as they are kept in the ordinary course of business or
must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.*
If a subpoena does not specify a form for producing electronically stored
information, the person responding must produce it in a form or forms in
which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The
person responding need not produce the same electronically stored
information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person
responding need not provide discovery of electronically stored information
from sources that the person identifies as not reasonably accessible because
of undue burden or cost. On motion to compel discovery or for a protective
order, the person responding must show that the information is not
reasonably accessible because of undue burden or cost. If that showing is
made, the court may nonetheless order discovery from such sources if the
requesting party shows good cause, considering the limitations of Rule
26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information
under a claim that it is privileged or subject to protection as trial-preparation
material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or
tangible things in a manner that, without revealing information itself
privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a
subpoena is subject to a claim of privilege or of protection as
trial-preparation material, the person making the claim may notify any party
that received the information of the claim and the basis for it. After being
notified, a party must promptly return, sequester, or destroy the specified
information and any copies it has; must not use or disclose the information
until the claim is resolved; must take reasonable steps to retrieve the
information if the party disclosed it before being notified; and may promptly
present the information under seal to the court for the district where
compliance is required for a determination of the claim. The person who
produced the information must preserve the information until the claim is
resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a
motion is transferred, the issuing court—may hold in contempt a person
who, having been served, fails without adequate excuse to obey the
subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# SYNOVUS®



FMG LAW
Freeman
Mathis & Gary LLP

FMG Operating Account
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

BANK OF NORTH
GEORGIA

64-7029/2611

102754

09/11/2023

**PAY TO THE ORDER OF**   The Orion Group dba Crime Scene Plu

Forty Dollars AND 00/100************************************************   $40.00

THE ORION GROUP DBA CRIME SCENE PLU
5750 W. 95TH ST #205
OVERLAND PARK KS  66207

MEMO

AUTHORIZED SIGNATURE



>101000925< 20230912
SECURITY BANK OF KANSAS CITY
Drawer#/Trans#: 60104/0047
HIN: 865511490000145

<010100925> 60104 47 09/12/23

# **EXHIBIT F**

## **DOCUMENTS PRODUCED TO US BY VENDORS AS REQUESTED**

(FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF

ANY MATERIALS WHERE THE COPIES ARE NECESARRILY OBTAINED

FOR USE IN THE CASE)

| VENDOR/PROVIDER | DATE | AMOUNT CHARGED |
|---|---|---|
|  |  |  |
| **TOTAL: $0** | | |

## **EXHIBIT G**

## **DOCKET FEES UNDER 28 U.S.C. 1923**

| DOCKET ITEM | DATE | FEE CHARGED |
|---|---|---|
|  |  |  |
| TOTAL: $0 | | |

## <u>EXHIBIT H</u>

## COSTS AS SHOWN ON MANDATE OF COURT OF APPEALS

| DOCKET ITEM | DATE | AMOUNT CHARGED |
|---|---|---|
|  |  |  |
| TOTAL: $0 | | |

## <u>EXHIIBIT I</u>

## COMPENSATION FOR COURT APPOINTED EXPERT

| EXPERT | DATE | AMOUNT CHARGED |
|--------|------|----------------|
|        |      |                |
| TOTAL: $0 | | |

## **EXHIBIT J**

## COMPENSATION FOR INTERPRETERS AND COSTS OF SPECIAL

## INTERPRETATION SERVICES UNDER 28 U.S.C. 1828

| INTERPRETER | DATE | AMOUNT CHARGED |
|---|---|---|
|  |  |  |
| TOTAL: 0 | | |