IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | |
|---|---|
| C.J., a minor, by and through her next friend and guardian, BETTY JEAN MURPHY JAMES, and BETTY JEAN MURPHY JAMES, as Administrator of the Estate of Latoya James,<br><br>  Plaintiffs/Appellants,<br><br>v.<br><br>MICHAEL BLAQUIERE, DOWNY CASEY, and JOHN/JANE DOES, in their individual capacity as a Camden County Deputy Sheriff,<br><br>  Defendants/Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   2:22cv078<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __17__ day of January, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA